**The INSURANCE COMPANY OF the STATE OF PENNSYLVANIA et al.**

No. 46977.

Nov. 12, 1963.

In re: The Insurance Company of the State of Pennsylvania et al. applying for certiorari or writ of review to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 156 So.2d 82.

Writ refused. On the facts found by the Court of Appeal there appears no error of law in its judgment.

157 So.2d 233

**Curtis L. GAMMILL et ux.**

v.

**J. C. PENNY COMPANY et al.**

No. 46981.

Nov. 12, 1963.

In re: Curtis L. Gammill et ux. applying for certiorari or writ of review to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 156 So.2d 94.

Writ refused. On the facts found by the Court of Appeal, the result is correct.

157 So.2d 233

**Cleveland J. PEETE**

v.

**J. Gilbert SCHEIB (Executive Director of the Housing Authority of New Orleans) and the Housing Authority of New Orleans.**

No. 46979.

Nov. 12, 1963.

In re: Cleveland J. Peete applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 156 So.2d 280.

Writ refused. The judgment is correct.

157 So.2d 233

**Arthur HARRIS, Sr.**

v.

**Percy GROS, George Washington, United States Fire Insurance Company and Marquette Casualty Company.**

No. 46980.

Nov. 12, 1963.

In re: Marquette Casualty Company applying for certiorari or writ of review to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 156 So.2d 59.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.